IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
AT TOLEDO

| | |
|---|---|
| **MARK WARD,** individually and on behalf of similarly situated persons, <br><br> Plaintiff, <br><br> v. <br><br> **TOH PIZZA, INC. D/B/A PIZZA HUT,** <br><br> Defendant. | **Case No. 3:20-cv-02536-JJH** <br> **Judge Jeffrey J. Helmick** <br> **Jury Demanded** |

### AMENDED NOTICE OF DISMISSAL WITHOUT PREJUDICE

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), Plaintiff hereby gives notice that he is dismissing his claims against the Defendant without prejudice.

DATED: May 20, 2021

Respectfully submitted,

*/s/ Alyson Beridon*
Alyson Beridon (#87496)
**BRANSTETTER, STRANCH & JENNINGS, PLLC**
2315 Walnut St. Suite 2315
Cincinnati, Ohio 45202
Telephone: (513) 381-2224
Facsimile: (615) 255-5419
Email: alysonb@bsjfirm.com

So Ordered.

s/ Jeffrey J. Helmick
United States District Judge

Joe P. Leniski, Jr.* (TN BPR#022891)
**BRANSTETTER, STRANCH & JENNINGS, PLLC**
223 Rosa Parks Ave. Suite 200
Nashville, TN 37203
Telephone: 615/254-8801
Facsimile: 615/255-5419

Email: joeyl@bsjfirm.com
*pro hac vice* forthcoming

*Attorneys for Plaintiff*

**CERTIFICATE OF SERVICE**

I hereby certify that on this 20th day of May, 2021, the foregoing document was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by email to all parties by operation of the Court's electronic filing or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System.

Kate Decker
Rebecca E. Shope
SHUMAKER, LOOP & KENDRICK, LLP
1000 Jackson St.
Toledo OH 43604-5573
kdecker@shumaker.com
rshope@shumaker.com

*/s/ Alyson Beridon*
Alyson Beridon (#87496)